UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARTIN MARTINEZ MAGANA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | No. 8:19-cv-00021-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), Petitioner's Motion to Appoint Counsel (Dkt. 2), the Order to Show Cause issued by the assigned United States Magistrate Judge (Dkt. 6), Petitioner's Reply to the Order to Show Cause (Dkt. 7), and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1)　Petitioner's Motion to Appoint Counsel (Dkt. 2) is denied; and

(2) Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: April 17, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge