JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARTIN MARTINEZ MAGANA,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Respondents. | No. 8:19-cv-00021-FMO (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that the Petition is dismissed with prejudice.

Dated: April 17, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge